UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS P. FITZGERALD,

                Plaintiff,                No. 05-CV-74768-DT

vs.                                            Hon. Gerald E. Rosen

HRB Management Inc., and The
H&R Block Severance Plan,

                Defendants.
_____/

## JUDGMENT

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on     July 13, 2006

PRESENT:  Honorable Gerald E. Rosen
                       United States District Judge

     The Court having this date entered an Opinion and Order denying Plaintiff's Petition to Compel Arbitration; and the request to compel arbitration being the only issue presented in this case, and the Court being fully advised in the premises,

     NOW, THEREFORE,

     IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this case be dismissed, with prejudice.

                                        s/Gerald E. Rosen
                                        Gerald E. Rosen
                                        United States District Judge

Dated: July 13, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 13, 2006, by electronic and/or ordinary mail.

                                                                              s/LaShawn R. Saulsberry  
                                                                              Case Manager

2:05-cv-74768-GER-VMM   Doc # 11   Filed 07/13/06   Pg 2 of 2   Pg ID 355